The judgment is affirmed.

**Ed COMBS, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

June 12, 1953.

Dan T. Martin, Hindman, for movant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Knott Circuit Court. Judgment of conviction for having in unlawful possession whiskey for the purpose of sale in local option territory. $100 fine and 30 days in jail. The facts,

questions raised, authorities cited and applicable law have been carefully considered by the Court.

Appeal denied. Judgment affirmed.